Certificate Number: 03088-ILN-DE-033688384

Bankruptcy Case Number: 19-30176



03088-ILN-DE-033688384

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2019, at 4:47 o'clock PM CST, Aracely Rodriguez completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   November 12, 2019            By:   /s/Maria Arreguin

                                     Name: Maria Arreguin

                                     Title: Counselor